UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
JAN 7, 2008
JAN 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Samuel Jackson

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV133
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

Ofc. I. Martinez

Ofc. M. Martinez

Sgt. Mike ? (unk)

Supt. Kline

Mayor Daley

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

  A. Name: Samuel Jackson

  B. List all aliases: _____

  C. Prisoner identification number: 200700010312

  D. Place of present confinement: Cook County Dept. of Correction

  E. Address: P.O. Box 089002

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Ofc. I. Martinez
  Title: Detective
  Place of Employment: Racine + Monroe Police Station

  B. Defendant: Ofc. M. Martinez
  Title: Detective
  Place of Employment: Racine & Monroe Police Station

  C. Defendant: Sgt. Mike ? (unk. for now)
  Title: Sgt. of Detectives
  Place of Employment: Racine & Monroe Police Station

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. Defendants (cont.)

D. Sgt. Mike ?
   Racine & Monroe Station Sargeant.

E. Richard Daley
   Mayor
   City Hall.

D. Supt. Kline
   Supt. of Police

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____
   _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____
   _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec. 20, 2005, I was stopped by 2 detectives on Kedzie Ave. and Polk St. in Chgo. They asked me about the car I was driving and if I had I.D. I gave them my state I.D and told them the car belonged to Jerome Johnson (J.J.). They asked me where Jerome lived and I told them I didn't know the address, but I knew the house and his phone number. They asked why I had his car, so I told them that he let me use it to go to court at 555 W. Harrison. They asked me why I had to go there and I told them my ex-girlfriend filed a restraining order against me. They asked me what happened and I told them I had to go back at 1:00 p.m. They told me I wasn't going to make it and tried to cuff me, saying I had drugs on me. After beating me and throwing me to the ground, the got me handcuffed and put me in the police car. One drove the car I was in and one drove their car. They took me on the side of the expressway at Washnaw

and said I could help myself by giving them some information on a murder that happened in the neighborhood, some guns or a safe house. I told them I didn't know anything about any of that. So they took me to the Racine & Monroe Police station where they talked to the Sgt. (Mike?) and he told them he didn't care where they got me from, they needed arrests, so arrest me. They then said I was arrested for P.C.S. and falsefied legal documents, (arrest reports, ect.) saying that they arrested me on Western Ave. I've filed charges with O.P.S. and I haven't heard from them in a while. My case was thrown out in upper court and durring this process I had to pay for the car in question, (a 1995 Cadilac Sedan) I also lost a jean outfit with some pasture-pedic gym shoes and a leather coat cause I had to go down to Stateville for violation of parole. My shoulder was hurt in the scuffle with the police and all my meds. were raised due to the stress they put me through.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for the time I lost out of my life, being locked up, the car which was taken, the clothes and shoes that were destroyed by the county and state pen and the stress I had to put up with. At least 5 million dollars will help to prevent this from happening and I could start life over.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14th day of Dec, 20 07

*Samuel Jackson*
(Signature of plaintiff or plaintiffs)

SAMUEL JACKSON
(Print name)

200700/0312
(I.D. Number)
P.O. Box 089002
Chgo., Ill., 60608
Div. 8 R.U. 62
(Address)

6

Revised 9/2007